# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Criminal Action** |
| | ) | |
| **v.** | ) | **Case No. 18-10065-01,02,03-EFM** |
| | ) | |
| **TYLER R. BARRISS,** | ) | |
| **SHANE GASKILL,** | ) | |
| **and CASEY S. VINER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States, by and through Debra L. Barnett, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the Indictment filed on May 22, 2018, be unsealed.

WHEREFORE, the United States requests that the Indictment in the above-captioned case be unsealed.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

s/ Debra L. Barnett
DEBRA L. BARNETT
Ks. S.Ct. No. 12729
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
Debra.Barnett@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2018, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system.

<u>s/ Debra L. Barnett</u>
DEBRA L. BARNETT
Assistant U.S. Attorney