IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|           Plaintiff,            ) | Criminal Action |
|                                 ) | |
|     v.                          ) | Case No. 18-10065-01,02.03-EFM |
|                                 ) | |
| TYLER R. BARRISS,               ) | |
| SHANE GASKILL,                  ) | |
| and CASEY S. VINER,             ) | |
|                                 ) | |
|           Defendants.           ) | |

**ORDER**

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Indictment filed in this case on May 22, 2018, be unsealed.

_____
HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE