IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>            Plaintiff,           )<br>                                           )<br>vs.                                      )<br>                                           )<br>CASEY VINER,                    )<br>            Defendant          )<br>_____) | Case No. 18-10065-03-EFM |

ENTRY OF APPEARANCE

    COMES NOW James R. Pratt, #17716 and hereby enters his appearance as local counsel in the above-entitled action on behalf of the Defendant, Casey Viner.

    s/ James R. Pratt
    JAMES R. PRATT, #17716
    445 N. Waco
    Wichita, Kansas 67202
    Ph: (316) 262-2600
    Fax: (316) 262-2602
    Jim@JamesRPrattLaw.com
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

s/James R. Pratt
JAMES R. PRATT #17716
Attorney for Defendant
445 N. Waco
Wichita, Kansas 67202
Ph: (316) 262-2600
Fax: (316) 262-2602
Jim@JamesRPrattLaw.com