IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| **Plaintiff**  ) | |
| ) Case No. 18-10065-03-EFM | |
| ) | |
| v.  ) | |
| ) | |
| CASEY VINER  ) | |
| ) | |
| **Defendant**  ) | |

## MOTION OF DEFENDANT CASEY VINER FOR LEAVE TO TRAVEL

Comes now Casey Viner, by and through undersigned counsel, and files this motion requesting permission to travel and in support thereof states the following:

1. Viner is presently on pretrial supervision. His travel is limited by the conditions of his bond and pre-trial supervision. (ECF Doc 21).

2. Viner is a teenager and lives with his parents near Cincinnati, Ohio.

3. Viner's conditions of pretrial release require him to reside with his parents. (ECF Doc 21).

4. More than a year ago, and prior to the matters alleged against Viner, his parents made reservations for a family trip to a time-share condominium in Florida from July 7-July 23, 2018.

5. If this trip were to be cancelled, it is doubtful at this point that the family could obtain a refund or otherwise dispose of the timeshare "weeks" without taking a substantial loss.

6. If permitted to travel, Viner would drive with his parents by automobile from Ohio to Florida on July 6th and 7th, and return from Florida to Ohio on July 23rd and 24th.

7. Viner has been compliant with his pretrial supervision requirements to date.

8. Counsel has contacted AUSA Debra Barnett and she does not oppose this request.

9. Counsel has contacted Probation Officer Evelyn Chirinos and she does not oppose this request.

10. Counsel has provided to Ms. Barnett and Ms. Chirinos the address in Florida where, if given leave, the Viner family would be staying.

WHEREFORE, Casey Viner requests leave of this Court to travel between Ohio and Florida as detailed above.

Respectfully submitted,

 s/ James R. Pratt
JAMES R. PRATT, #17716
445 N. Waco
Wichita, Kansas 67202
Ph: (316) 262-2600
Fax: (316) 262-2602
Jim@JamesRPrattLaw.com

AMER CUNNINGHAM CO., LPA
Jack Morrison, Jr. (Ohio #0014939)
Thomas R. Houlihan (Ohio #0070067)
*Counsel pro hac vice*
One Cascade Plaza, Suite 1510
Akron, OH  44308
330-762-2411 / 330-762-9918 (facsimile)
jmorrison@amer-law.com
Houlihan@amer-law.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2018 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

s/James R. Pratt
JAMES R. PRATT #17716
Attorney for Defendant
445 N. Waco
Wichita, Kansas 67202
Ph: (316) 262-2600
Fax: (316) 262-2602
Jim@JamesRPrattLaw.com

13885 motion to travel.docx