AO 245B  (Rev. 02/18 - D/KS 02/18) Judgment in a Criminal Case
Sheet 2 – Imprisonment

FILED
Judgment—Page 3 of 9
U.S. District Court
District of Kansas

NOV 0 1 2019

Clerk, U.S. District Court
By _____ Deputy Clerk

**DEFENDANT:** Casey S Viner
**CASE NUMBER:** 6:18CR10065 - 003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 months.

Count 12: 15 months;
Count 13: 15 months; running concurrent with Count 12

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designate defendant to a facility close to southern Ohio to facilitate family visitation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at ___ on ___.

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ___ on ___.

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  10-22-2019  to  USP Big Sandy
at  Inez, KY , with a certified copy of this judgment.

H. Joyner Warden
~~UNITED STATES MARSHAL~~

By  R. Martin CJO
~~Deputy U.S. Marshal~~

UNITED STATES MARSHAL
RECEIVED

OCT 29 2019

WICHITA, KS